PHILLIP A. TALBERT
Acting United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America




FILED
OCT 21 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARMISTHA BARAI,<br><br>Defendant. | CASE NO. 16-MJ-187 KJN<br><br>STIPULATION OF THE PARTIES<br><br>DATE: October 21, 2016<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

    The United States of America, through its undersigned counsel, and defendant Sharmistha Barai, through her undersigned counsel of record, hereby stipulate to the following conditions of release pending a complete U.S. Pretrial Services investigation and future appearance before this Court on a date to be ordered by the Court:

    1. Defendant Barai shall appear on time at all proceedings as required and shall surrender for service of any sentence imposed as directed;

    2. Defendant Barai shall advise the Court and her attorney prior to any change in address;

    3. Defendant Barai shall not commit any offense in violation of federal, state or local law while on release in this case;

    4. Defendant Barai's travel is restricted to the Eastern District of California unless otherwise approved in advance by the U.S. attorney's Office;

1   5. Defendant Barai shall surrender all passports to the Clerk, U.S. District Court today (October 21, 2016), and obtain no passport during the pendency of this case;

6. Defendant Barai shall not directly or indirectly recruit, solicit, hire, employ, or otherwise seek the paid or volunteer labor or services of another person who is not a relative by blood, *or marriage* for the purpose of providing domestic labor or services of any kind (*e.g.*, housework, cleaning, cooking) or in-home child care services of any kind (*e.g.*, daycare, nanny services);

7. Defendant Barai shall not directly or indirectly contact or attempt to contact by any means (*e.g.*, telephone, text message, WhatsApp chat, online post, social media post or messaging) any person who formerly provided domestic labor or services of any kind or in-home child care services for either or both of the defendants.

Dated: October 21, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: _____
JOSH F. SIGAL
NIRAV K. DESAI
Assistant United States
Attorneys

Dated: October 21, 2016

By: _____
TODD D. LERAS, ESQ.
Counsel for Defendant
Sharmistha Barai