# UNITED STATES DISTRICT COURT
for the

Eastern District of California

**FILED**
OCT 24 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America
v.

Sharmistha Barai

*Defendant*

Case No. 2:16-MJ-0187 KJN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sharmistha Barai,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 371 – Conspiracy to Commit Offenses Against the United States, to wit: Forced Labor in violation of 18 U.S.C. Section 1589(a), Fraud in Foreign Labor Contracting in violation of 18 U.S.C. Section 1351(a); and violations of the Fair Labor Standards Act in violation of 29 U.S.C. Sections 206(a)(1)(C), (f)(1), 215(a)(2) and 216(a).

18 U.S.C. § 1589 (a) – Forced Labor

Date: Oct 21 2016
      10:25 AM.

*Issuing officer's signature*

City and state: Sacramento, California

Kendall J. Newman, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/21/16, and the person was arrested on *(date)* 10/21/16
at *(city and state)* Sacramento, CA.

Date: 10/21/16

*Arresting officer's signature*

_____, United States Magistrate Judge
*Printed name and title*