THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-mj-00187 |
| Plaintiff, | DEFENDANT'S [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL |
| vs. | |
| Sharmistha Barai, | |
| Defendant. | |

Pursuant to Local Rule 182(g), and Federal Rules of Civil Procedure, Rule 83, Defendant, Alla Samchuk, requests this Court to relieve TODD LERAS and substitiue and appoint as the attorney of record THOMAS A. JOHNSON, Johnson, Greene & Roberts LLC, 400 Capitol Mall, Suite 1620, California, 95814, (916) 442 – 4022.

Ms. Barai consents to this substitution.

DATED:  October 27, 2016

/s/ Sharmistha Barai
SHARMISTHA BARAI
Defendant

1

Thomas A. Johnson consents to this substitution.

DATED: October 27, 2016                                  /s/ Thomas A. Johnson
                                                         THOMAS A. JOHNSON
                                                         Attorney for Sharmistha Barai

Todd Leras consents to this substitution and requests to be relieved as the attorney of record.

DATED: October 27, 2016                                  /s/ Todd Leras
                                                         TODD LERAS
                                                         Former attorney of Sharmistha Barai

**IT IS SO ORDERED.**

Dated:

                                                         _____
                                                         U.S. Magistrate Court Judge

2