1  PHILLIP A. TALBERT
   United States Attorney
2  JOSH F. SIGAL
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,              CASE NO.  2:16-CR-217

11                    Plaintiff,           DESIGNATION OF COUNSEL

12             v.

13  SATISH KARTAN, ET AL.,

14                    Defendants.

15

16        Assistant United States Nirav Kaushik Desai is the only attorney of record for the plaintiff in this

17  case.

18        Please remove Special Assistant United States Attorney Josh F. Sigal and maintain Nirav

19  Kaushik Desai as the lead attorney to be noticed.

20        Thank you for your assistance in this matter.

21   Dated:  December 16, 2016              PHILLIP A. TALBERT
                                            Acting United States Attorney
22

23                                    By:  /s/ JOSH F. SIGAL
                                           JOSH F. SIGAL
24                                         Special Assistant United States Attorney

25

26

27

28

                                            1
    DESIGNATION OF COUNSEL