THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SATISH KARTIN, and<br>SHARMISTHA BARAI,<br><br>Defendants. | Case No.: 2:16-cr-00217-MCE<br><br>STIPULATION AND [PROPOSED] TO RELEASE PASSPORT OF DEFENDANT TO PRETRIAL SERVICES |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Clerk of the District Court is to release Sharmistha Barai's passport to Pretrial Services. Pretrial Services will make a copy for Ms. Barai, each page of which shall be clearly marked as being a copy (whether by watermark or some other marking), so that she may apply for jobs and then return the passport back to the Clerk of the District Court. Assistant United States Attorney, Nirav Desai, and attorney for Sharmistha Barai, Thomas A. Johnson, agree to this stipulation.

**IT IS SO STIPULATED.**

Dated: June 8, 2017                    /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Sharmistha Barai

1

Dated: June 8, 2017

PHILIP A. TALBERT
United States Attorney

/s/ Nirav Desai
NIRAV DESAI
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  June 8, 2017.

_[signature]_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2