THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:16-cr-00217-MCE |
| Plaintiff, | ) DEFENDANT'S WAIVER OF<br>) APPEARANCE AND ORDER |
| vs. | ) |
| SHARMISTHA BARAI,<br>Defendant. | ) |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the Defendant, Sharmistha Barai, hereby waives the right to be personally present in open court upon the hearing of any motion or other proceeding in this case, except for any proceeding which Defendant's presence is required such as a plea, any proceeding during the trial, and sentencing, or any court appearance which the Court orders Defendant to be present. Defendant hereby requests the Court to proceed during every absence of her presence which the Court may permit pursuant to this waiver. Defendant agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if Defendant were personally present, and further agrees to be present in court ready for trial any day and time the Court may arrange in his absence.

The Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without Defendant being present.

DATE:  August 18, 2016   /s/ Sharmistha Barai[1]
            SHARMISTHA BARAI
            Defendant

I agree with and consent to my client's waiver of appearance.

DATE:  August 18, 2016   /s/  Thomas A. Johnson
            THOMAS A. JOHNSON
            Attorney for Sharmistha Barai

## **ORDER**

IT IS SO ORDERED.

Dated:  August 28, 2017

            MORRISON C. ENGLAND, JR
            UNITED STATES DISTRICT JUDGE

---

[1] The original signature is maintained in the client's file.