HEATHER E. WILLIAMS, SBN 122664
Federal Defender
DOUGLAS BEEVERS, SBN 288639
JEROME PRICE, SBN 282400
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
SHARMISTHA BARAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-0217-MCE |
|---|---|
| Plaintiff, | **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS** |
| vs. | |
| SHARMISTHA BARAI, | Trial Date: February 19, 2019 |
| Defendant. | Time: 09:00 A.M. |
| | Judge: Hon. Morrison C. England, Jr. |

## INTRODUCTION

Defendant Sharmistha Barai, by and through her counsel, hereby submits the following proposed voir dire questions and respectfully requests that the Court pose them to the prospective jurors in this matter.

## PROPOSED VOIR DIRE QUESTIONS

1. Has anyone served on a jury before?  Was it a civil, criminal, or grand jury?
   a. If grand jury or civil: Do you understand that the proof required in a grand jury or a civil case is different than the standard in a criminal case?
   b. In a criminal case, you cannot convict someone unless the government proves beyond a reasonable doubt that they are guilty.  What does "beyond a reasonable doubt" mean to you?
   c. If you believed that Dr. Barai broke the law, but you also believed the prosecution did not prove it beyond a reasonable doubt, could you vote "not guilty" as required?
   d. If you believed Dr. Barai broke a law, but not the ones she is charged with (for example, a civil violation), would you have any trouble voting "not guilty" as required?

2. Does everyone understand that not all bad behavior or unreasonable behavior is

criminal, and that a "not guilty" verdict does not mean that you are endorsing or approving someone's conduct?

3. Does everyone understand that Dr. Barai is presumed innocent?
   a. You have heard the charges filed against Dr. Barai. If you had to make a decision right now about whether she is not guilty or guilty, what would you vote?
   b. Do you think it is possible for the government to bring charges against someone without sufficient evidence?

4. Does anyone believe that someone accused of a crime should testify or put on evidence to show they are not guilty?
   a. Would you find it odd if a defendant did not testify on her own behalf?

5. Has anyone ever worked as a nanny or housekeeper? Has anyone ever hired a nanny or housekeeper?

6. Has anyone ever filed a complaint against their boss, or had a workplace complaint filed against them?

7. Does anyone have any medical training or specialized medical knowledge?

8. Has anyone ever worked or volunteered as a victim-advocate?

9. Have you or anyone you know ever been the victim of a crime?

10. You are going to hear evidence that Dr. Barai is from Bangladesh and is living in the United States legally working as a medical doctor.

    Is there anything about her nationality or race that would cause you to be biased against her or the prosecution?

11. Is there any reason, other than what you have already told us, why you might not be a good fit as a juror in this case?

Dr. Barai requests the additional 10 minutes of voir dire discussed in the Court's pretrial order and an opportunity to present follow-up questions not included in this filing.

DATED: February 4, 2019          Respectfully submitted,

                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Doug Beevers*
                                 DOUG BEEVERS
                                 JEROME PRICE
                                 CHRISTINA SINHA
                                 Assistant Federal Defender

                                 Attorneys for Defendant
                                 SHARMISTHA BARAI