McGREGOR W. SCOTT
United States Attorney
JASON HITT
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SATISH KARTAN, and<br>SHARMISTHA BARAI,<br><br>Defendants. | CASE NO. 2:16-CR-00217 MCE<br><br>GOVERNMENT'S PROPOSED VOIR DIRE<br><br>DATE: February 19, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England |

The United States of America, through its attorneys Assistant U.S. Attorneys Jason Hitt and Katherine T. Lydon, requests that the following questions be asked in voir dire of prospective jurors in this case. These questions are in addition to the standard questions concerning each prospective juror's education, occupation, residence, family and prior experiences with the courts and the criminal justice system. The United States requests leave of Court to propose additional voir dire questions prior to trial.

1. Ask counsel to introduce themselves and identify the case agent/defendant.

    a. Do any members of the panel know the attorneys for the defendant or the defendant?

    b. Do any members of the panel know Assistant United States Attorneys Jason Hitt or Katherine Lydon or anyone employed by the United States Attorney's office?

Government's Proposed Voir Dire     1

        c. Do any members of the panel know Special Agent Rosaline Avakian or Special Agent Marc Beeson?

2. Have any of you ever served as a juror in a criminal or civil case or as a grand juror? If so, what kind of case and did the jury come to a verdict in that case? If the jury did not reach a verdict, is there anything about that experience which would make it difficult for you to serve as a juror in this case?

3. Have any of you participated in a criminal trial or proceeding, for example, as a witness at a trial or before a grand jury? If so, is there anything about the experience which might case you to favor or disfavor either party in this case?

4. Have you, any member of your family, or any close friend ever been employed by a law enforcement agency (either as an officer or as a non-officer employee), including military law enforcement?

5. Have you, a member of your family, or any close friend been a victim or witness to a crime?

6. Have you, or any of your friends or relatives, ever had a negative or positive experience with a law enforcement officer, including Homeland Security Investigations?

7. It is anticipated that several of the witnesses will testify in Hindi and Telegu, through an official court interpreter. Do any of you speak Hindi or Telegu? If so, how well? Would you be willing to accept the interpreter's translation?

8. This case involves allegations that the defendants forced other people to work as nannies and housekeepers. Do any of you think it is impossible for a person to force or compel another person to work?

9. Have any of you worked as a nanny or housekeeper?

10. Do you believe that a person who is the victim of crime is entitled to the same legal protections regardless of whether or not they are a citizen of the United States?

11. You may learn that a victim in this case has been provided temporary legal status to live and work in the United States. I instruct you that this is entirely lawful, and that you may consider it in

assessing the credibility of the witness. Nevertheless, would the fact that the victim has been given temporary legal status by the government prevent you from evaluating deciding this case impartially and solely upon the evidence presented to you?

12. If you are selected to be a member of this jury, the Court will instruct you that it is your duty to follow the law, regardless of what you believe the law is or ought to be. Can everyone assure the parties that they will follow the Court's instructions on the law, regardless of what you personally believe the law is or ought to be?

13. Does anyone have any difficulty with the rule of law that a person charged with a crime is presumed innocent and need not present any evidence and the government at all times bears the burden of proving guilt beyond a reasonable doubt?

14. Do any of you know of any reason why you could not be fair to both sides in this case?

15. Is there any reason why you would not be able to give your full attention to this case?

16. Will any of you have difficulty seeing or hearing the witnesses?

17. Are you taking any medication that makes you sleepy or affects your ability to concentrate?

18. Do any of you have beliefs whether it be religious, political, or otherwise that make it impossible or difficult for you to decide the guilt or innocence of another person?

19. Is there anything you know about yourself which if you were one of the lawyers or one of the parties to this case you would want to know before selecting you as a juror?

Dated: February 4, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ KATHERINE T. LYDON
JASON HITT
KATHERINE T. LYDON
Assistant United States Attorney

Government's Proposed Voir Dire     3