

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-00217-MCE |
| Plaintiff, | |
| v. | **MINUTES** |
| SATISH KARTAN and SHARMISTHA BARAI, | Date: March 13, 2019 |
| | Deputy Clerk: S. Deutsch |
| Defendants. | Court Reporter: Diane Shepard |
| _____/ | |

<u>Counsel for the United States</u>: Jason Hitt and Katherine Lydon, Assistant United States Attorneys
<u>Counsel for the Defendants</u>: Mark Reichel (CJA) for Satish Kartan; Douglas Beevers,
    Jerome Price and Christina Sinha, Assistant Federal Defenders, for Sharmistha Barai

## JURY TRIAL – DAY 11

9:09 a.m.   Outside the presence of the jury with the defendants and counsel present, the Court and counsel discussed Mr. Kartan's testimony.

9:23 a.m.   The Court and counsel reviewed the proposed jury instructions.

9:55 a.m.   The Court and counsel discussed trial timing for the day.

10:00 a.m.   The Court recessed until 12:00 p.m.

12:14 p.m.   All jurors, the defendants and counsel were present. Defendant, Satish Kartan, took the witness stand. The Court questioned Mr. Kartan regarding continuing to testify.

12:15 p.m.   The jury was excused. Outside the presence of the jury with the defendants and counsel present, the Court questioned defendant, Satish Kartan, regarding his request to strike all of his testimony.

12:20 p.m.   All jurors, the defendants and counsel were present. Defendant, Satish Kartan, was on the witness stand and refused to testify further. Counsel, Mark Reichel, motioned the Court to strike all of Mr. Kartan's testimony and the United States joined in the motion. The Court GRANTED the Motion to Strike all of Mr. Kartan's testimony and any admitted exhibits during his testimony. The Court instructed the jury to disregard all of Mr. Kartan's testimony.

2:16-cr-00217-MCE, U.S. v. Kartan, et al.
Minutes - Page 2

| | |
|---|---|
| 12:21 p.m. | Counsel, Mark Reichel, called witness, John Kennedy, who was sworn and testified on direct examination. |
| 12:29 p.m. | Counsel, Jason Hitt, cross examined the witness. |
| 12:34 p.m. | The witness was excused.  Counsel, Mark Reichel, played an audio and video tape for the jury. |
| 12:44 p.m. | The defense rested.  Counsel, Jason Hitt, called witness, Marc Beeson, who testified on rebuttal. |
| 12:54 p.m. | Counsel, Mark Reichel, cross examined the witness. |
| 12:56 p.m. | All counsel rested.  The defense requested a Rule 29 Motion and the Court reserved to hear the motion. |
| 12:59 p.m. | Counsel, Katherine Lydon, gave the United States' closing argument. |
| 1:54 p.m. | The jury was admonished and excused for the afternoon recess. |
| 2:03 p.m. | Counsel, Douglas Beevers, gave his closing argument for defendant, Sharmista Barai. |
| 2:44 p.m. | The jury was admonished and excused for a brief recess. |
| 3:00 p.m. | Counsel, Mark Reichel, gave his closing argument for defendant, Satish Kartan. |
| 4:00 p.m. | Counsel, Jason Hitt, gave rebuttal argument for the United States. |
| 4:18 p.m. | The Court instructed the jury. |
| 4:45 p.m. | The Court Security Officer was sworn to take charge of the jury.  The jury was admonished and excused until March 14, 2019, at 9:00 a.m. to begin their deliberations. |
| 4:47 p.m. | The Court adjourned. |

TIME IN COURT: 5 hours, 24 minutes