| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>CHRISTINA SINHA, SBN # 278893 |
| 3 | Assistant Federal Defender<br>Designated Counsel for Service |
| 4 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 5 | Telephone: (916) 498-5700<br>Fax: (916) 498-5710 |
| 6 | |
| 7 | Attorneys for Defendant<br>SHARMISTHA BARAI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-CR-00217-MCE |
| Plaintiff, | ) | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| vs. | ) | |
| SHARMISTHA BARAI, | ) | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Katherine Lydon and Jason Hitt, Assistant United States Attorneys, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defenders Jerome Price and Christina Sinha, counsel for Defendant Sharmistha Barai, that the amount of the Secured Appearance Bond (ECF No. 24) may be modified from $25,000 to $20,000, thereby exonerating $5,000 of the cash bond already posted. Pretrial Services Officer Darryl Walker has confirmed to the parties that Ms. Barai has been in compliance with her conditions of pretrial release. The parties further stipulate that all other conditions of release shall remain in full force and effect. Further, Ms. Barai, upon modification, agrees not to oppose the application of the remaining $20,000 toward her restitution and fine obligation ordered by this Court.

Stipulation and Proposed Order to Modify    -1-
Conditions of Pretrial Release

```
                                        Respectfully submitted,
                                        HEATHER E. WILLIAMS
                                        Federal Defender


Date: June 19, 2019                     /s/ Jerome Price
                                        JEROME PRICE
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        SHARMISTHA BARAI

Date: June 19, 2019                     /s/ Christina Sinha
                                        CHRISTINA SINHA
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        SHARMISTHA BARAI



Date: June 19, 2019                     MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Katherine Lydon
                                        KATHERINE LYDON
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff
```

**O R D E R**

The Court having read and considered the parties' stipulation, hereby adopts the stipulation in its entirety and orders that the amount of the secured appearance bond be modified to $20,000. The defendant shall file an Amended Appearance Bond within 5 days of this Order. Upon filing of the Amended Appearance Bond, the remaining $5,000 of the $25,000 cash bond already posted will be exonerated. The Clerk of the Clerk shall return the exonerated $5,000 to the defendant at the defendant's current mailing address as provided by the Federal Defender's Office. All other conditions of release remain in full force and effect.

IT IS SO ORDERED.

Dated: June 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE