1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          No. 2:16-cr-00217-MCE

12              Plaintiff,

13        v.                            **ORDER**

14   SHARMISTHA BARAI,

15              Defendant.

16

17        On July 12, 2019, the Court received multiple credible communications from

18   knowledgeable third parties that indicated Defendant Sharmistha Barai intends to flee

19   the jurisdiction prior to her July 25, 2019, sentencing hearing.  These parties

20   independently contacted the Court based on their concerns regarding Defendant's

21   deteriorating mental state and potential willingness to jeopardize her own personal

22   safety and well-being.  In the meantime, the Defendant herself made an unusual request

23   for permission from pretrial services to leave her residence for an extended period of

24   unsupervised time, purportedly to complete a banking transaction and for religious

25   reasons.

26        Given all of the foregoing, along with the Court's assessment of Defendant's

27   character and lack of remorse after having presided over her lengthy trial and the fact

28   that Defendant's final Presentence Investigation Report was just recently issued

recommending that Defendant serve substantial time (i.e., 188 months), the Court concludes that the Defendant poses a flight risk and is a risk to herself and others. Accordingly, the bond of defendant SHARMISTA BARAI is revoked and the Defendant is ordered to be detained forthwith pending sentencing on July 25, 2019.

IT IS SO ORDERED.


DATED:  July 12, 2019


_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE