UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-cr-00217-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SATISH KARTAN and SHARMISTHA BARAI, | |
| Defendants. | |

The Court is in receipt of two proposed substitution of counsel forms filed by Defendants Satish Kartan and Sharmistha Barai. ECF Nos. 231, 233. Both are REJECTED. As to the first-filed document, it purports to substitute attorney Brandon Leibrock of the "Gonzales Law Corporation" for Mr. Kartan's former counsel, Mark Reichel. If Mr. Leibrock is an associate with the Gonzales Law Corporation, that needs to be clarified with the State Bar of California. Otherwise, this appears to be, at the very least, a sloppy attempt to have the Court rubber stamp a request that is fundamental to Defendant's constitutional rights. The Court is also at a loss as to why Jonathan Gonzales would use his ECF login to submit a substitution of counsel requesting that a separate attorney, Mr. Leibrock, be appointed by the Court. Especially given that this Court has not had the opportunity to speak with Mr. Gonzales directly, the Court is highly

1

concerned that counsel lack clarity regarding how to maintain their office's independence.

The Court is also still waiting for a Word version of the proposed order filed at ECF No. 233. Fillable forms are available on the Court's website that may be filed and submitted to the Court. Counsel is directed to review Local Rule 131 in its entirety, but especially with regard to electronic signatures. Finally, the Amended Proposed Order filed by counsel Steve Whitworth addressing the substitution of counsel of both Defendants (ECF No. 234) is STRICKEN.

IT IS SO ORDERED.

Dated: August 5, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE