UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-00217-MCE |
| Plaintiff, | |
| v. | **ORDER** |
| SHARMISTHA BARAI, | |
| Defendant. | |

The United States Marshal's Service is hereby ordered to immediately transport Defendant Sharmistha Barai from local custody to the emergency room at Sutter Roseville for evaluation.  Defense counsel is directed to file the results of that evaluation and any further specific recommendations with the Court as soon as possible thereafter.  The Clerk of the Court is directed to serve this Order on the United States Marshals Service.

IT IS SO ORDERED.

Dated: September 28, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE