**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
SHARMISTHA BARAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARMISTHA BARAI,<br><br>Defendant. | CASE NO. 2:16-CR-00217-MCE<br><br>**ORDER RE REQUEST TO FILE EXHIBIT A TO DEFENSE OBJECTION TO IMMEDIATE SENTENCING FOR DEFENDANT BARAI UNDER SEAL** |

**ORDER**

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS HEREBY ORDERED THAT Exhibit A to defense objection to immediate sentencing for defendant Barai—to wit, the defendant's medical records—shall be sealed under further order of this Court.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's Request, sealing defendant's Exhibit A serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by defendant would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are no additional

1

alternatives to sealing defendant's Exhibit A that would adequately protect the compelling interests identified by defendant.

IT IS SO ORDERED.

Dated:  October 1, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE