**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
SHARMISTHA BARAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARMISTHA BARAI,<br><br>Defendant. | CASE NO. 2:16-CR-00217-MCE-2<br><br>**ORDER RE REQUEST TO FILE EXHIBIT A UNDER SEAL** |

**ORDER**

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Exhibit A of defendant's sentencing memorandum—to wit, the medical summary prepared by Sutter Roseville Hospital—shall be sealed under further order of this court.

IT IS SO ORDERED.

Dated:  October 4, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1