**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
SHARMISTHA BARAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **SHARMISTHA BARAI,** <br><br> Defendant. | CASE NO. 2:16-CR-00217-MCE <br><br> **ORDER RE REQUEST TO FILE EXHIBITS E THROUGH H IN SUPPORT OF APPLICATION FOR BAIL PENDING APPEAL** |

**ORDER**

Pursuant to Local Rule 141(b), and based upon the representation contained in Defendant's Request to File Under Seal, IT IS HEREBY ORDERED THAT Exhibits E through H in support of Defendant's application for bail pending appeal—to wit, a written evaluation and addendum by Dr. Susanne Martin, M.D.; a letter from clinical psychologist Dr. Louis Rappaport; and patient discharge reports —shall be sealed under further order of this Court.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's Request, sealing Defendant's Exhibits serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds that there are no additional

///

1

alternatives to sealing Defendant's Exhibits that would adequately protect the compelling interests identified by Defendant.

IT IS SO ORDERED.

Dated:  October 22, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2