**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
SHARMISTHA BARAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SHARMISTHA BARAI,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:16-CR-00217-MCE<br><br>**RE REQUEST TO FILE EX PARTE MOTION UNDER SEAL** |

　　　Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Defendant's Ex Parte Motion for Appointment of Counsel and Attachment, shall be sealed under further order of this court.

　　　IT IS SO ORDERED.

Dated: July 31, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1