UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>SHARMISTHA BARAI,<br><br>Movant. | No. 2:16-cr-00217 MCE DB-2<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding through counsel, filed a pro se motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. (ECF No. 385.) The presiding district judge referred the motion to movant's counsel for review.[1] (ECF No. 386.) Movant's counsel subsequently filed a motion to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255. (ECF No. 387.) The motion has been assigned companion civil case number 2:24-cv-01447-MCE-DB.

Since movant may be entitled to the requested relief if she can establish a violation of her constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order. See Rule 4, Rules Governing Section 2255 Proceedings.

---

[1] Since movant proceeds through counsel, the Clerk of the Court will be directed to strike the motion filed by movant pro se.

1

1	Respondent shall include with the answer any and all transcripts or other documents
2	relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing
3	Section 2255 Proceedings. Movant's traverse is due on or before thirty days from the date
4	respondent's answer is filed.

5	The Clerk of the Court is directed to strike the pro se motion filed on May 10, 2024 (ECF
6	No. 385) because movant was and is represented by counsel.

7	In addition, the Clerk of the Court shall serve a copy of this order, together with a copy of
8	movant's motion (ECF No. 387), on the United States Attorney or authorized representative.

9	Dated: May 29, 2024

12	DLB7
	Barai16cr0217.206

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2