PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARMISTHA BARAI,<br><br>Defendant. | CASE NO. 2:16-CR-00217-MCE-DB<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO VACATE PURSUANT TO 28 U.S.C. § 2255; [~~PROPOSED~~] ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.     On May 30, 2024, the Defendant filed a motion to vacate pursuant to 28 U.S.C. § 2255. ECF 387.  The Government's response is due June 28, 2024.  ECF 390.

2.     Counsel for the Government requests additional time to review the Defendant's 2145 page motion (including exhibits), and to draft a proper response.  The Defendant does not oppose the Government's request.

3.     Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's motion as follows:

a)     The Government's response to the Defendant's motion is to be filed on or before

August 27, 2024;

b)       The Defendant's reply to the Government's response to be filed on or before September 26, 2024.

IT IS SO STIPULATED.


Dated:  June 28, 2024                              PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ Katherine T. Lydon
                                                   KATHERINE T. LYDON
                                                   Assistant United States Attorney


Dated: June 28, 2024                               /s/ Erin J. Radekin
                                                   ERIN J. RADEKIN
                                                   Attorney for Defendant
                                                   Sharmistha Barai


## [~~PROPOSED~~] ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion to vacate pursuant to 28 U.S.C. § 2255:

a)       The Government's response to the Defendant's motion (ECF No. 387) is now due on or before August 27, 2024;

b)       The Defendant's reply to the Government's response, if any, is due on or before September 26, 2024.

Dated:  July 1, 2024


_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
bara0217.stip.brf