PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00217-MCE-SCR |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO VACATE PURSUANT TO 28 U.S.C. § 2255; [~~PROPOSED~~] ORDER |
| v. | |
| SHARMISTHA BARAI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On May 30, 2024, the Defendant filed a motion to vacate pursuant to 28 U.S.C. § 2255. ECF 387. The Government's response was due August 27, 2024. ECF 396.

2. Counsel for the Defendant recently confirmed that she does want to proceed with counsel on her pending 2255 motion. Counsel for the Government requests additional time to review the 2255 motion submitted by counsel for the defendant, and to draft a proper response. The Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing

schedule on the Defendant's motion as follows:

    a)    The Government's response to the Defendant's motion is to be filed on or before October 29, 2024;

    b)    The Defendant's reply to the Government's response to be filed on or before December 4, 2024.

IT IS SO STIPULATED.

Dated: August 27, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Katherine T. Lydon*
KATHERINE T. LYDON
Assistant United States Attorney

Dated: August 27, 2024

/s/ *Erin J. Radekin*
ERIN J. RADEKIN
Attorney for Defendant
Sharmistha Barai

# [~~PROPOSED~~] ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for compassionate release:

a)    The Government's response to the Defendant's motion, (ECF 387), is now due on or before October 29, 2024;

b)    The Defendant's reply to the Government's response, if any, is due on or before November 4, 2024.

DATED: September 6, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE