IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 2:16-cr-000217-DC |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | **APPOINTING COUNSEL** |
| ) | |
| SHARMISTHA BARAI, ) | |
| Defendant. ) | |

The Court appointed the Federal Defender for this client's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A). The Federal Defender must panel this appointment. The above-named Defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel and wishes counsel be appointed to represent her regarding Compassionate Release. Ms. Radekin requests to remain as the attorney for the pending motion under 28 U.S.C. § 2255 but have another attorney represent the client for the potential Compassionate Release motion. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Toni White is appointed represent the above defendant in this case effective *nunc pro tunc* to January 17, 2025, substituting the Federal Defenders Office for the Compassionate Release motion per G.O. 595. Ms. Radekin remains the attorney for the 28 U.S.C. § 2255.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **January 21, 2025**

Dena Coggins
United States District Judge

-1-