MICHELE BECKWITH
Acting United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00217-DC-SCR |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO VACATE PURSUANT TO 28 U.S.C. § 2255; [PROPOSED] ORDER |
| v. | |
| SHARMISTHA BARAI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On May 30, 2024, the Defendant filed a motion to vacate pursuant to 28 U.S.C. § 2255. ECF 387. The Government's response is due March 28, 2025. ECF 423.

2. Counsel for the Government requests additional time to review the 2255 motion submitted by counsel for the defendant, and to draft a proper response. The Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's motion as follows:

a) The Government's response to the Defendant's motion is to be filed on or before June 27, 2025;

b) The Defendant's reply to the Government's response to be filed on or before July 28, 2025.

IT IS SO STIPULATED.

Dated: March 28, 2025    MICHELE BECKWITH
Acting United States Attorney

/s/ *Katherine T. Lydon*
KATHERINE T. LYDON
Assistant United States Attorney

Dated: March 28, 2025    /s/ *Erin J. Radekin*
ERIN J. RADEKIN
Attorney for Defendant
Sharmistha Barai

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's § 2255 motion:

a) The Government's response to the Defendant's motion, (ECF 387), is now due on or before June 27, 2025;

b) The Defendant's reply to the Government's response, if any, is due on or before July 28, 2025.

IT IS SO FOUND AND ORDERED.

DATED: April 1, 2025.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE