UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-CR-00217-DC-2 |
|---|---|
| Plaintiff, | [Proposed] Order Sealing Exhibits B, C, D and E to the Supplement to Defendant's Compassionate Release Motion |
| v. | |
| SHARMISTHA BARAI, | (Doc. No. 440) |
| Defendant. | Hon. Dena Coggins |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by Defendant Sharmistha Barai, Defendant Sharmistha Barai's Request to Seal (Doc. No. 440) is GRANTED and IT IS HEREBY ORDERED that Exhibits B, C, D and E to the Supplement (Doc. No. 439) to Defendant's Motion for Compassionate Release (Doc. No. 415) shall be SEALED until further order of this Court.

IT IS SO ORDERED.

Dated: **April 29, 2025**

_____
Dena Coggins
United States District Judge