UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARMISTHA BARAI,<br><br>Defendant. | No. 2:16-cr-00217-DC-2<br><br>ORDER SEALING DEFENDANT'S SECOND SUPPLEMENT TO THE PRO SE COMPASSIONATE RELEASE MOTION AND RELATED EXHIBITS<br><br>(Doc. No. 449) |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by Defendant Sharmistha Barai, Defendant Sharmistha Barai's Request to Seal (Doc. No. 449) is GRANTED and IT IS HEREBY ORDERED that the Second Supplement to Defendant's Motion for Compassionate Release (Doc. No. 415), and related exhibits, shall be SEALED until further order of this Court.

IT IS SO ORDERED.

Dated: **May 28, 2025**

Dena Coggins
United States District Judge