1

**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**

2
2012 H Street, Suite 200
Sacramento, CA 95811

3
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

4
Email: erinjradekin@gmail.com

5
Attorney for Movant
SHARMISTHA BARAI

6

7
**IN THE UNITED STATES DISTRICT COURT**

8
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10
**THE UNITED STATES OF AMERICA**,

11
                    Respondent,

12
         v.

13
**SHARMISTHA BARAI,**

14
                    Movant.

15

CASE NO. 2:16-CR-217-DC-SCR-2

**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE RE: RESPONSE TO ECF NOS. 443 & 444**

16

17
        The United States, by and through its attorney of record, Katherine Lydon, and movant

18
Sharmistha Barai, by and through her attorney of record, Erin J. Radekin, respectfully submit

19
this stipulation and proposed order modifying the briefing schedule pertaining to the

20
government's submissions at ECF Nos. 443 and 444.

21
        The parties agree and stipulate as follows:

22

23
        1.  On May 12, 2025, the Magistrate Judge Sean C. Riordan issued an order directing Ms.

24
Radekin to respond to the government's Motion for Order Re Waiver of Attorney-Client

25
Privilege, ECF No. 443, and Memorandum Re Briefing Schedule, ECF No. 444, by May 26,

26
2025.

27

28
        2.  Ms. Radekin has read the government's pleadings referenced above.  She has no

1

opposition to the government's request regarding scheduling in ECF No. 444. She also agrees

the attorney-client privilege is waived by movant's ineffective assistance of counsel claims, to

some extent. She intends to file a reply setting forth the parameters of the waiver and the

discovery request by the government under governing law; however, she is presently on a long-

planned business trip and does not return until May 28, 2025. Further, she has an attorney-client

confidential legal call scheduled with movant on May 30, 2025, during which she intends to

discuss the issues in these two pleadings with movant. She thus respectfully requests 14

additional days in which to file the response – that is, until June 9, 2025.

      3. The parties have conferred and agree that a modification of the briefing schedule is

warranted for the above reasons. Accordingly, the parties agree to modify the briefing schedule

as follows: the movant's response to the government's pleading at ECF No. 443, is due **June 9,**

**2025**.

IT IS SO STIPULATED.

Dated: May 26, 2025                                   MICHELE BECKWITH
                                                  Acting United States Attorney

                                         /s/ Katherine Lydon
                                         KATHERINE LYDON
                                       Assistant United States Attorney

Dated: May 26, 2025                                   /s/ Erin J. Radekin
                                       ERIN J. RADEKIN
                                       Counsel for Defendant
                                       SHARMISTHA BARAI

### [~~PROPOSED~~] ORDER

     IT IS SO ORDERED this 29th day of May 2025.

                                       THE HONORABLE SEAN C. RIORDAN
                                       UNITED STATES MAGISTRATE JUDGE