**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
SHARMISTHA BARAI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>SHARMISTHA BARAI,<br><br>Movant. | CASE NO. 2:16-CR-0217-DC-SCR-2<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE RE: RESPONSE TO ECF NO. 443** |

The United States, by and through its attorney of record, Katherine Lydon, and movant Sharmistha Barai, by and through her attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the due date for Ms. Barai's response to the government's motion for a waiver of the attorney client privilege, ECF No. 443.

The parties agree and stipulate as follows:

1. On May 12, 2025, the Magistrate Judge Sean C. Riordan issued an order directing Ms. Radekin to respond to the government's Motion for Order Re Waiver of Attorney-Client Privilege, ECF No. 443, and Memorandum Re Briefing Schedule, ECF No. 444, by May 26, 2025.

2. On May 25, 2025, the Magistrate Judge adopted the parties' stipulation to modify the

1

briefing schedule pertaining to the government's motion for waiver of the attorney-client privilege such that Ms. Barai's response to the motion is due June 9, 2025.  ECF No. 455.  Ms. Radekin indicated in this stipulation that she did not object to the government's memorandum regarding the briefing schedule pertaining to Ms. Barai's and codefendant Satish Kartan's pending 28 U.S.C. § 2255 motions.

3. The parties have conferred and Ms. Lydon invited Ms. Radekin to provide a proposed stipulation to a limited waiver of the attorney-client privilege.  Ms. Radekin has provided a proposed stipulation to Ms. Lydon.  The parties need additional time to come to an agreement regarding a stipulation for waiver of the attorney-client privilege and agree that a modification of the briefing schedule is warranted for this reason.  Because Ms. Lydon is on maternity leave and because Ms. Radekin will be out of the country on a long-planned trip from June 22 through July 1, 2025, the parties request an extension of 32 days, thus until July 7, 2025.

4. Accordingly, the parties agree to modify the briefing schedule as follows: movant's response to the government's motion for an order of waiver of the attorney-client privilege at ECF No. 443, or a stipulation between the parties as to such waiver, is due **July 7, 2025**.  Any reply by respondent is due no later than **July 21, 2025**.

IT IS SO STIPULATED.

Dated: June 9, 2025                                              MICHELE BECKWITH
                                                                 Acting United States Attorney

                                                                  /s/ Katherine Lydon
                                                                 KATHERINE LYDON
                                                                 Assistant United States Attorney

Dated: June 9, 2025                                               /s/ Erin J. Radekin
                                                                 ERIN J. RADEKIN
                                                                 Counsel for Defendant
                                                                 SHARMISTHA BARAI

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED this 17th day of June, 2025.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE