**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
SHARMISTHA BARAI

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**SHARMISTHA BARAI,**<br>Defendant. | CASE NO. 2:16-CR-00217-DC-SCR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE RE: RESPONSE TO ECF NO. 443** |

The United States, by and through its attorney of record, Katherine Lydon, and defendant Sharmistha Barai, by and through her attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the due date for Ms. Barai's response to the government's motion for a waiver of the attorney-client privilege, ECF No. 443.

The parties agree and stipulate as follows:

1. On May 12, 2025, the Magistrate Judge Sean C. Riordan issued an order directing Ms. Radekin to respond to the government's Motion for Order Re Waiver of Attorney-Client Privilege, ECF No. 443, and Memorandum Re Briefing Schedule, ECF No. 444, by May 26, 2025.

2. Ms. Radekin indicated in a prior stipulation to modify the briefing schedule that she did not object to the government's memorandum regarding the briefing schedule pertaining to Ms. Barai's and codefendant Satish Kartan's pending 28 U.S.C. § 2255 motions. ECF No. 455 at pp. 1-2.

3. On June 18, 2025, the Magistrate Judge adopted the parties' stipulation to modify the briefing schedule pertaining to the government's motion for waiver of the attorney-client privilege such that Ms. Barai's response to the motion is due July 7, 2025. ECF No. 459.

4. Ms. Radekin has provided a proposed stipulation regarding a limited waiver of the attorney-client privilege to Ms. Lydon. Ms. Radekin was on a long-planned vacation from June 23 through July 1, 2025. She returned to work on July 2, 2025. Ms. Lydon is on maternity leave. The parties have conferred; however, they need additional time to finalize an agreement to a waiver of the attorney-client privilege. They agree that a modification of the briefing schedule is warranted for this reason. They thus request an extension of 10 days.

5. Accordingly, the parties agree to modify the briefing schedule as follows: the defendant's response to the government's motion for an order of waiver of the attorney-client privilege at ECF No. 443, or a stipulation between the parties as to such waiver, is due **July 17, 2025**.

IT IS SO STIPULATED.

Dated: July 7, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Katherine Lydon
KATHERINE LYDON
Assistant United States Attorney

Dated: July 7, 2025

/s/ Erin J. Radekin
ERIN J. RADEKIN
Counsel for Defendant
SHARMISTHA BARAI

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED this 11th day of July, 2025.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE