1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No.  2:16-cr-0217-DC-SCR-2

12              Respondent,

13        v.                                      ORDER

14   SHARMISTHA BARAI,

15              Movant.

16

17        Movant is a federal prisoner proceeding through counsel with a motion to vacate, set

18   aside, or correct her sentence pursuant to 28 U.S.C. § 2255.  By a concurrently issued order, the

19   court granted the parties' stipulated motion to find a partial waiver of movant's attorney-client

20   and work product privilege related to her ineffective assistance of counsel claims.  The court

21   hereby sets a schedule governing the discovery in this case.

22        Accordingly, IT IS HEREBY ORDERED that:

23        1.  The parties may conduct discovery until **November 21, 2025**.  Any motions necessary

24   to compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed. R.

25   Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

26   ////

27   ////

28   ////

                                          1

1          2.  The parties shall file a joint status report no later than **October 22, 2025** describing the

2    progress of discovery and a proposed briefing schedule on the merits of movant's § 2255 motion.

3    DATED: August 13, 2025

4

5    _____

6    SEAN C. RIORDAN
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28