**ERIN J. RADEKIN, SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Petitioner
SHARMISTHA BARAI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 2:16-CR-00217-DC-SCR-2 |
| Respondent, | |
| v. | **STIPULATON AND [~~PROPOSED~~] ORDER FINDING A PARTIAL WAIVER OF THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES** |
| **SHARMISTHA BARAI**, | |
| Movant. | |

## STIPULATION

Respondent, the United States of America, by and through its attorney, Assistant United States Attorney Katherine Lydon, and movant, Sharmistha Barai, by and through her counsel of record, Erin J. Radekin hereby stipulate to, and jointly request, a Court order of a partial waiver of the attorney-client and work product privileges as to Ms. Barai's communications with her prior attorneys, Todd Leras, Tom Johnson, Douglas Beevers, Jerome Price, and Christina Sinha. Ms. Barai has made claims of ineffective assistance of counsel by these attorneys in her pending motion under 28 U.S.C. § 2255. ECF No. 387 (original motion); ECF No. 424 (supplement).

1

*See* ECF No. 423 (ordering that pro se § 2255 motion filed originally at ECF No. 385 be filed as a supplement to the counseled motion at ECF No. 387 and that Ms. Radekin address claims one, three and 15 in the supplement).

The parties agree that they cannot adequately litigate Ms. Barai's claims without the following stipulation as to the partial waiver of the attorney-client and work product privileges.

The parties therefore stipulate, and request that the Court find and order, as follows:

1. Ms. Barai has waived the attorney-client privilege to the extent provided by law.

2. Ms. Barai's waiver of the attorney-client privilege has been made by virtue of her § 2255 motion and supplement which allege, in part, that she received ineffective assistance of counsel from her prior attorneys, Todd Leras, Tom Johnson, Douglas Beevers, Jerome Price, and Christina Sinha.

3. The waiver includes Ms. Barai's rights that are otherwise protected by Mr. Leras', Mr. Johnson's, Mr. Beevers', Mr. Price's, and Ms. Sinha's obligations pursuant to the attorney-client and work-product privileges, and their duty of loyalty and confidentiality.

4. Ms. Barai agrees that Mr. Leras, Mr. Johnson, Mr. Beevers, Mr. Price and Ms. Sinha are no longer prohibited from discussing and/or cooperating in this matter with respondent insofar as is necessary to discuss Ms. Barai's claims in her § 2255 motion and supplement that their performance was prejudicially deficient.

5. The waiver does not extend to any issues not within the scope of Ms. Barai's ineffective assistance of counsel claims that are raised in her § 2255 motion and supplement.

2

6. Accordingly, the parties agree there has been a waiver of the attorney-client privilege with respect to the ineffective assistance of counsel claims raised in Ms. Barai's § 2255 motion and supplement.

IT IS SO STIPULATED.

Dated: July 17, 2025                            MICHELE BECKWITH
                                                Acting United States Attorney


                                                /s/ Katherine T. Lydon
                                                KATHERINE T. LYDON
                                                Assistant U.S. Attorney


Dated: July 17, 2025                            /s/ Erin J. Radekin
                                                ERIN J. RADEKIN
                                                Attorney for Defendant
                                                SHARMISTHA BARAI


### [~~PROPOSED~~] ORDER

Good cause appearing, the parties' stipulation regarding a partial waiver of movant's attorney-client privilege and the work product privilege is GRANTED.

IT IS SO ORDERED.

Dated: August 13, 2025


                                                SEAN C. RIORDAN
                                                UNITED STATES MAGISTRATE JUDGE

3

4