1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No. 2:16-cr-00217-DC-2

12                Plaintiff,

13        v.                                ORDER GRANTING REQUEST TO SEAL
                                            DEFENDANT'S REPLY BRIEF AND
14   SHARMISTHA BARAI,                      EXHIBITS A, E, F, G, K, L, M, AND N

15                Defendant.                (Doc. No. 471)

16

17        Pursuant to Local Rule 141(b), and based upon the representation contained in the

18   Request to Seal filed by Defendant Sharmistha Barai, Defendant Sharmistha Barai's Request to

19   Seal (Doc. No. 471) is GRANTED and IT IS HEREBY ORDERED that Defendant Sharmistha

20   Barai's reply brief in support of her Motion for Compassionate Release (Doc. No. 415), and

21   related exhibits, shall be SEALED until further order of this Court.

22

23        IT IS SO ORDERED.

24   Dated:   __August 14, 2025__          _____
                                           Dena Coggins
25                                         United States District Judge

26

27

28

                                        1