IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHARMISTHA BARAI,<br><br>Defendant. | ) | Case № 2:16-cr-00217-DC-SCR<br><br>**O R D E R**<br>**APPOINTING *PRO HAC VICE* CJA COUNSEL FOR DEFENDANT**<br><br>**(Compassionate Release)** |

The court has considered the Federal Defender's *Amicus Motion and Declaration of Federal Defender* in support of an order appointing an out-of-district CJA lawyer as *pro hac vice* counsel to Defendant SHARMISTHA BARAI concerning her *Motion for Compassionate Release* (Dkt.415, 1/13/2025),

Pursuant to 18 U.S.C. §§ 3005 and 3006A(a)(1) and (2) and (c), this District's *CJA Plan*, General Orders 700, §§ V.A.2.b and XV.C.1.g as applied here and 595 (1/9/2019), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED,

1. Texas Northern District CJA lawyer, Kara Carreras, 604 E. 4th St. Suite 101, Fort Worth, Texas 76102, kara@fortworthdefense.com, is appointed to represent

SHARMISTHA BARAI, Defendant, in her compassionate release motion (Dkt.415) before this Court;

2. Ms. Carreras is appointed as CJA counsel *pro hac vice*, effective September 1, 2026, the date she accepted appointment in her communications with the Federal Defender;
3. Ms. Carreras is admitted to practice before the California Eastern District Court *pro hac vice, and is not required to pay the pro hac vice* application fee for this appointment;
4. This appointment will be *nunc pro tunc* to September 1, 2026; and
5. In light of this Order, the Motion for Temporary Reappointment of Counsel (Dkt. 501) is DENIED as MOOT.

IT IS SO ORDERED.

Dated: **September 3, 2026**

Dena Coggins
United States District Judge