# United States District Court
# Eastern District of California

United States of America

Plaintiff(s)

V.

Sharmistha Barai

Defendant(s)

Case Number: 2:16-CR-0217-DC-SCR

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kara Letisha Carreras hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant, Sharmistha Barai

On April 14, 2016 (date), I was admitted to practice and presently in good standing in the Northern District of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/03/2026

Signature of Applicant: /s/ Kara L. Carreras

**Pro Hac Vice Attorney**

Applicant's Name: Kara Letisha Carreras

Law Firm Name: Carreras Law Group

Address: 601 E. 4th St. Ste 101

City: Fort Worth Texas State: Tx Zip: 76102

Phone Number w/Area Code: (817) 795-9956

City and State of Residence: Southlake Texas

Primary E-mail Address: kara@fortworthdefense.com

Secondary E-mail Address: paralegal@fortworthdefense.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: N/A See attached Proposed Motion

Law Firm Name: ______________________

Address: ______________________

City: ____________ State: ________ Zip: ____________

Phone Number w/Area Code: ______________ Bar # ____________

**ORDER**

The Pro Hac Vice Application is APPROVED *nunc pro tunc* to September 1, 2026. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 4, 2026

Dena Coggins
United States District Judge